IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARMMORCUS UGNE HOLLOWAY                                    PETITIONER
Reg #25344-009

v.                      CASE NO. 4:18-CV-00305 BSM

WEST TENNESSEE DETENTION FACILITY                            RESPONDENT

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 5] has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, plaintiff Charmmorcus Holloway's petition is dismissed, without prejudice, for failure to comply with the May 21, 2018, order and for failure to prosecute. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 17th day of July 2018.

_____
UNITED STATES DISTRICT JUDGE